COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Virginia Sosa v. Auto Club Indemnity Co.

Appellate case numbers:    01-21-00312-CV

Trial court case number:    1161202

Trial court:                County Civil Court at Law No. 3 of Harris County

Appellant Virginia Sosa has filed a timely motion to extend time to file a motion for rehearing and for en banc reconsideration. *See* TEX. R. APP. P. 10.5(b)(1), 49.1, 49.5, 49.9. Sosa requests a sixty-day extension until November 14, 2022. She represents that the parties have conferred and appellee Auto Club Indemnity Co. is unopposed to this request. *See* TEX. R. APP. P. 10.3(a)(2). Accordingly, the Court **grants** the motion. Sosa's deadline to file any motion for rehearing or for en banc reconsideration is extended to November 14, 2022.

**NO FURTHER EXTENSION WILL BE GRANTED ABSENT EXTRAORDINARY CIRCUMSTANCES**.

It is so ORDERED.


Judge's signature:    /s/  April L. Farris
                      ☑ Acting individually     ☐ Acting for the Court


Date:            September 27, 2022